UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE LOUIS DRUMWRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>F. PASCUA, *et al.*,<br><br>Defendants. | Case No. 1:20-cv-01055-KES-CDB (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANT**<br><br>(Doc. No. 23) |

Plaintiff Marquise Louis Drumwright is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 19, 2024, the assigned magistrate judge issued Findings and Recommendations to Dismiss Certain Claims and Defendant following screening of plaintiff's third amended complaint. (Doc. 23.) Specifically, the magistrate judge recommended this action proceed only on the following claims: (1) Eighth Amendment failure to protect claims against Defendants Reaves, Pascua, and Davison; (2) Eighth Amendment excessive force claims against Defendants Mendoza, Pascua, Cerda, Garcia, Carranza, Vellido, and Podsakoff; and (3) First Amendment retaliation claim against Defendant Pascua, with the remaining claims and Defendant Delos Santos to be dismissed. (*Id*. at 8–22.) Objections were to be filed within 14 days. (*Id*. at 22.) To date, no objections have been filed and the time to do so has passed.

     Pursuant to 28 U.S.C. § 636(b)(1), this Court conducted a de novo review of this case. Having reviewed the file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

     Accordingly:

1. The Findings and Recommendations issued on August 19, 2024 (Doc. 23) are adopted in full;
2. This action proceeds only on plaintiff's Eighth Amendment failure to protect claims against defendants Reaves, Pascua, and Davison; Eighth Amendment excessive force claims against defendants Mendoza, Pascua, Cerda, Garcia, Carranza, Vellido, and Podsakoff; and First Amendment retaliation claim against defendant Pascua;
3. The remaining claims in plaintiff's third amended complaint are dismissed without leave to amend;
4. Defendant Delos Santos is dismissed from the action; and
5. The matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   May 29, 2025

UNITED STATES DISTRICT JUDGE

2