UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE LOUIS DRUMWRIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>F. PASCUA, et al.,<br><br>    Defendants. | Case No. 1:20-cv-01055-KES-CDB (PC)<br><br>ORDER ADOPING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>Doc. 27 |

Plaintiff Marquise Louis Drumwright is proceeding pro se and in forma pauperis in this civil rights action filed under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 22, 2025, the assigned magistrate judge issued findings and recommendations to dismiss this action without prejudice for plaintiff's failure to obey court orders and failure to prosecute. Doc. 27. Specifically, the magistrate judge found plaintiff failed to keep the Court apprised of his current address following his apparent parole. *Id*. at 2-5. The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days of the date of service. *Id.* at 6. No objections have been filed, and the time to do so has now passed.[1]

---

[1] Like other mail directed to plaintiff at his address on file with the Court, the findings and recommendations were returned by the United States Postal Service marked "Undeliverable, Inactive 4/20/2025, Released from Parole, RTS, Unable to Forward," on July 30, 2025.

1    In accordance with 28 U.S.C. § 636(b)(1), this Court conducted a de novo review of this case. Having carefully reviewed the matter the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued July 22, 2025, Doc. 27, are ADOPTED in full;
2. This action is DISMISSED, without prejudice, for plaintiff's failure to comply with the Local Rules and failure to prosecute; and
3. The Clerk of the Court is directed to close this case and terminate any deadlines.

IT IS SO ORDERED.

Dated:  August 22, 2025

_____
UNITED STATES DISTRICT JUDGE